UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOMARI E. NORMAN

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

CITY OF NEW YORK, LEITH
CHRYSLER JEEP, AG LETITIA JAMES
IG LETIZIA TAGLIAFERRO, AG JOSH STEIN
NYC PD Commissioner DERMOT SHEA

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

5. U.S Code 2302

18 U.S Code § 241

18 U.S Code 1961

25 CFR § 11.448

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , Shomari E. Norman , is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Letitia James_____, is a citizen of the State of
            (Defendant's name)

_New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Letitia James_____, is incorporated under the laws of

the State of _the City of New York_____

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Shomari_____ _F_____ _Norman_____
First Name              Middle Initial          Last Name

_979 Summit Ave_____ _Apt 2E_____
Street Address

_Bronx_____ _NY_____ _10452_____
County, City              State          Zip Code

_347-373-4274_____ _shomari.norman3@gmail.com_____
Telephone Number          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Letitia    James
First Name                                  Last Name

New York ATTORNEY General
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City            TAGLIA FIERRO        State              Zip Code
LETIZIA
Defendant 2:     Phillipson  K  SW  EURESW
First Name                                  Last Name

Inspector  General
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City                              State              Zip Code

Defendant 3:     JOSH          STEIN
First Name                                  Last Name

ATTORNEY General  New York
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

County, City                              State              Zip Code

Defendant 4: [Business] LEITH CHRYSLER JEEP

First Name        Last Name

Car Dealership

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Bronx, New York

Date(s) of occurrence: 5 March 2018

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

ATTACHED Complaint - Complaint Document noted.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

ATTACHED to the Complaint + Complaint Document

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| J___ 2020 | _____ |
| Dated | Plaintiff's Signature |
| Shomari    E | Norman |
| First Name    Middle Initial | Last Name |
| 979 Summit Ave | |
| Street Address | |
| Bronx | New York    10452 |
| County, City | State    Zip Code |
| | Shomari.norman3@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHOMARI E NORMAN | ) | |
| PLAINTIFF | ) | |
| v | ) | |
| CITY OF NEW YORK, LEITH | ) | |
| CHRYSLER JEEP, ATTORNEY | ) | |
| GENERAL LETITIA JAMES, | ) | COMPLAINT |
| INSPECTOR GENERAL  LETIZIA | ) | |
| TAGLIAFIERO ATTORNEY GENERAL | ) | |
| JOSH STEIN | ) | |
| DEFENDANTS | ) | |
| | ) | DOCKET NUMBER |
| | ) | |
| | ) | |

## PLAINTIFF DECLARATION OF AFFIDAVIT

1. Plaintiff is a United States combat veteran who along with his unit received a unit citation from the President of the United States. Plaintiff has received an honorable discharge from service. Plaintiff has completed tours from Operation Iraqi Freedom and Operation Iraqi Enduring Freedom.

2. Plaintiff does not have a criminal record. Plaintiff has been a productive citizen of the United States for over 20 years.

United States for over 20 years.

3. On 5 March 2018 a yellow parking boot was placed on the Plaintiff 2015 Jeep Patriot. This occurred appox. 0820. The owner rejected to the repossession. Plaintiff contacted New York City Police Department which arrived at Plaintiff previous resident 4384 Richardson Ave Bronx New York 10466 approx. 0945. The New York City Police Officers ordered that Shomari E. Norman release his vechile to the towing company and he has to pay some parking tickets. The Plaintiff Shomari E Norman went to retrieve his vehilce and or find out information about the vehicle at the New York City Property Clerk Office. There was no information of the Plaintiff vehicle in New York City Police impound or record that the city of New York request for the Plaintiff vehicle to be towed.

The Plaintiff subpeona New City Police Department ( Exhibit A). There was information and sensative items that belonged to an on going court case. Several times the Plaintiff went to New York City Property Clerk office to pay the fines and retrieve his vehicle. Hence, there was no information about Shomari E Norman vehicle in New York City Police department database. The Plaintiff recieved a phone call from Lt. McMann from the New York City Police property clerk division. The Plaintiff as submitted Exihibit C ( Audio recording) the voice recording left by Lt. McMann. The message clearly states " I need more information to find the car." Information about my vehicle registration was found in New City Police Department database. The 2015 Jeep Patriot was never in New York City Police Department database to be reposisst or even towed. New York City Police Department failed to comply with the subpeona. The Plaintiff vehicle was never found by New York City Police Department.

Upon further investigation, Jeep Capital in Raleigh, North Carolina somehow recovered the vehicle and sold it to someone else. The Vin number of the Plaintiff 2015 Jeep Patriot was traced to track the location of the Plaintiff vehicle. The Plaintiff was only 1 payment behind. Also, Jeep Capital never notified the Plaintiff of any reposission of the 2015 Jeep Patriot notice by phone, email nor mail. The automobile is the collateral for the loan used to purchase the vehicle. The Plaintiff rejected to the repossession. By law the repossession" breach peace"    The Third Party ( Towing Company) must discontinue it's efforts to repossess the collateral without court approval and proceed to obtain court approcal if they wish to recover the collateral. If the repossession agent attempts to repossess the collateral after being informed the owner's objection, he or she has "Breached the Peace". There was no notice of repossession.

New York City Police officer's ordered that the Plaintiff, Shomari E Norman release his vehicle to the towing company. The Third party that towed the Plaintiff vehicle did not leave any contact information. The Plaintiff, Shomari E Norman called his car insurance company to report the vehicle as stolen. The Plaintiff car insurance company did investigate Shomari E Norman inquire about his vehicle. The Plaintiff car insurance stated, "New York City Police department would not report

this incident as a theft."

   The Plaintiff reviewed his credit report and later found that Chrysler Capital has made a false report on the Plaintiff, Shomari E Norman credit. The Plaintiff disputed the false claims with all 3 credit bureaus. All 3 credit bureau's rejected the Plaintiff claim with no reasoning.

4. NYC Police Department Failed to appear in court.
   18 U.S.C § 3146

5. 41 USC § 4712 (g)(1) - Abuse of Power
   NCYPD notified the Plaintiff Insurance Company that the Plaintiff vehicle was not a "theft". Hence, the NYCPD told the Plaintiff False statements. [Exhibit audio recording Secondly, the Defendants Failed to appear in court when subpoena by the Plaintiff. The United States Consitution has not been Supended. By law the Defendants are subject to penalties For obstructing justice under the "Color of law".

6. 25 CFR § 11.448 (a)(b) - Abuse of Office; NYC PD reported a false claim to the Plaintiff Insurance company. NYC PD mislead the Plaintiff.

7. 5 U.S. Code § 2302 Prohibited Personnel Practice
   A. Who authorized the Illegal tow?
   B. The Illegal Practices by the Defendants injured the Plaintiff Credit. By law makes the Defendants "libel", "liabe under the Color of law.

8. 18 U.S. Code § 241 Conspiracy against rights. The Defendants Conspired against the Plaintiff rights through publication. Which has Slandered the Plaintiff causing an "Illegal Debt for the Plaintiff.

9. Unlawful Debt - 18 U.S. Code § 1961

10. 18 U.S. Code § 2384 Seditious Conspiracy

11 Slander of Credit by Filing Alien in Public
12. tibet The Defendant are libel; by Filing state Registary.

13. Conspiracy to obstruct Justice

Complaint (Continue)

Relief is essential to the Plaintiff, who is an United States Combat Veteran. The Plaintiff has an "Honorable" release from active duty service. The Plaintiff does not have a criminal record. Thus, the Defendants conspired and violated the Plaintiff rights. Any injustice anywhere is a threat to Justice everywhere. Plaintiff motion for Relief of $50 million dollars for slander of credit, life endangerment, stolen Property and for the Defendant committing Fraud by abusing thier office.
* The Plaintiff request for the court to have the F.B.I. to investigate this case.

**Dated:** _____ June 2020 _____

[sign your name]
Shomari  E.  Norman

[print your name]
979  Summit  Ave.

[your address]
Bronx  NY  10452

347-373-4274
[your telephone number]

## VERIFICATION

STATE OF NEW YORK  )
COUNTY OF NEW YORK )

Shomari  E.  Norman _____ [your name], being duly sworn,

deposes and says that: I am the petitioner/plaintiff in this action or proceeding, I have read the foregoing papers and know the contents thereof; the complaint/petition is true to my own knowledge, except as to matters stated to be alleged on information and belief; and as to those matter I believe it to be true.

Sworn to before me on this 15 day of

June, 2020.

_____
Notary Public

Shomari  E.  N~~
Plaintiff/Petitioner [sign here in front of notary]

Shomari  E.  Norman
[print name]

SYLVESTER MADUKA ONUORAH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ON6374735
Qualified in Queens County
My Commission Expires 05-07-2022



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized.* If claim is not resolved within *1 year and 90 days of the occurrence,* you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:**   ● On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | Norman |
| First Name: | Shomari |
| Relationship to the claimant: | SEIF |

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | NORMAN |
| *First Name: | Shomari |
| Address: | 979 Summit Ave |
| Address 2: | |
| City: | Bronx |
| State: | New York |
| Zip Code: | 10452 |
| Country: | United States |
| Date of Birth: | 03-18-1975   Format: MM/DD/YYYY |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | 917-373-4274 |
| Email Address: | shomari.norman3@gmail.com |
| Occupation: | NBA Disabled VETERAN |
| City Employee? | ○ Yes  ● No  ○ NA |
| Gender | ● Male  ○ Female  ○ Other |

*Denotes required field(s).*



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**The time and place where the claim arose**

*Date of Incident: | 03 / 05 / 2018 | Format: MM/DD/YYYY

Time of Incident: | 0845 | Format: HH:MM AM/PM

*Location of
Incident: | Corner of  Richardson Ave
and RTGD in the Bronx

| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Borough: | |

*Manner in which
claim arose:

Attach extra sheet(s)
if more room is
needed.

I llegal TOW , THEFT , SEE ATTACHED

The items of
damage or injuries
claimed are (include
dollar amounts):

Attach extra sheet(s)
if more room is
needed.

Credit Score - Slander of Credit
Loss of Vehicle
Electronic Devices
Touch Screen in dash
Chrome Grill
Vehicle interior Decor
Clothings

*Denotes required field(s).



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?     ◯ Yes   ◯ No   ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*\* Denotes required field(s).*



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Witness 1 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

*Denotes required field(s).*



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | Norman |
| First Name: | Shomari |
| Address | |
| Address 2: | |
| City: | Bronx |
| State: | New York |
| Zip Code: | 10452 |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | USAA |
| Address | P.O. Box 33490 |
| Address 2: | |
| City: | San Antonio |
| State: | Texas |
| Zip Code: | 78265 |
| Policy #: | 0212800 30-018 |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**

- ○ Driver
- ○ Passenger
- ○ Pedestrian
- ○ Bicyclist
- ○ Motorcyclist
- ○ Other

**\*Total Amount Claimed:** $ 65,000.00

*Format: Do not include "$" or ",".*

Date: 6/9/2020

Signature of Claimant: Sh— E. N—

State of New York
County of New York

I, SHOMARI NORMAN, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Signature of Claimant:

Sworn before me this day June 9, 2020

Signature of notary:

**\* Denotes required field(s).**

SYLVESTER MADUKA ONUORAH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ON6374735
Qualified in Queens County
My Commission Expires 05-07-2022

SHOMARI E NORMAN

979 SUMMIT AVE APT. #2E

BRONX NY 10452


COMPTROLLER of the CITY of New York

ONE CENTRE STREET ROOM 1225

NEW YORK NEW YORK 10007


RE: NOTICE OF CLAIM

Date: 10 June 2020


The Plaintiff is filing a Notice of claim with the COMPTROLLER of the City of New York. The Plaintiff written affidavit is documented in this Notice of Claim document;


On 5 March 2018 a yellow parking boot was placed on the Plaintiff 2015 Jeep Patriot. This occurred approx. 0820. The owner rejected to the repossession. Plaintiff contacted New York City Police Department which arrived at Plaintiff previous resident 4384 Richardson Ave Bronx New York 10466 approx. 0945. The New York City Police Officers ordered that Shomari E. Norman release his vehicle to the towing company and he has to pay some parking tickets. The Plaintiff Shomari E Norman went to retrieve his vehicle and or find out information about the vehicle at the New York City Property Clerk Office. There was no information of the Plaintiff vehicle in New York City Police impound or record that the city of New York request for the Plaintiff vehicle to be towed.

The Plaintiff subpoena New City Police Department (Exhibit A). There were information and sensitive items that belonged to an ongoing court case. Several times the Plaintiff went to New York City Property Clerk office to pay the fines and retrieve his vehicle. Hence, there was no information about Shomari E Norman vehicle in New York City Police department database. The Plaintiff received a phone call from Lt. McMann from the New York City Police property clerk division. The Plaintiff as submitted Exihibit C ( Audio recording) the voice recording left by Lt. McMann. The message clearly states "I need more information to find the car." Information about my vehicle registration was found in New City Police Department database. The 2015 Jeep Patriot

was never in New York City Police Department database to be reposes or even towed. New York City Police Department failed to comply with the subpoena. The Plaintiff vehicle was never found by New York City Police Department.

Upon further investigation, Jeep Capital in Raleigh, North Carolina somehow recovered the vehicle and sold it to someone else. The VIN number of the Plaintiff 2015 Jeep Patriot was traced to track the location of the Plaintiff vehicle. The Plaintiff was only 1 payment behind. Also, Jeep Capital never notified the Plaintiff of any repossession of the 2015 Jeep Patriot notice by phone, email or mail. The automobile is the collateral for the loan used to purchase the vehicle. The Plaintiff rejected to the repossession. By law the repossession" breach peace"    The Third Party ( Towing Company) must discontinue its efforts to repossess the collateral without court approval and proceed to obtain court approval if they wish to recover the collateral. If the repossession agent attempts to repossess the collateral after being informed the owner's objection, he or she has "Breached the Peace". There was no notice of repossession.

New York City Police officer's ordered that the Plaintiff, Shomari E Norman release his vehicle to the towing company. The Third party that towed the Plaintiff vehicle did not leave any contact information. The Plaintiff, Shomari E Norman called his car insurance company to report the vehicle as stolen. The Plaintiff car insurance company did investigate Shomari E Norman inquires about his vehicle. The Plaintiff car insurance wrote Shomari E Norman Exhibit B. The letter from USAA clearly states "During our in visitation, we were informed that the New York City Police Department would not report this incident as a theft."

The Plaintiff reviewed his credit report and later found that Chrysler Capital has made a false report on the Plaintiff, Shomari E Norman credit. The Plaintiff disputed the false claims with all 3 credit bureaus. All 3 credit bureau's rejected the Plaintiff claim with no reasoning. This False report by Chrysler Capital has slander the Plaintiff credit and defamed his character.

The Plaintiff is requesting a Claim number to seek legal action against the parties that are involved.

Shomari E Norman

Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHOMARI E NORMAN | ) | |
| PLAINTIFF | ) | |
| V | ) | |
| CITY OF NEW YORK, LEITH | ) | |
| CHRYSLER JEEP, ATTORNEY | ) | |
| GENERAL LETITIA JAMES, | ) | COMPLAINT |
| INSPECTOR GENERAL  LETIZIA | ) | |
| TAGLIAFIERRO  ATTORNEY GENERAL | ) | |
| JOSH STEIN | ) | |
| DEFENDANTS | ) | |
| | ) | DOCKET NUMBER |
| | ) | |
| | ) | |

## **PLAINTIFF DECLARATION OF AFFIDAVIT**

1. Plaintiff is a United States combat veteran who along with his unit received a unit citation from the President of the United States. Plaintiff has received an honorable discharge from service. Plaintiff has completed tours from Operation Iraqi Freedom and Operation Iraqi Enduring Freedom.

2. Plaintiff does not have a criminal record. Plaintiff has been a productive citizen of the United States for over 20 years.

United States for over 20 years.

3. On 5 March 2018 a yellow parking boot was placed on the Plaintiff 2015 Jeep Patriot. This occurred appox. 0820. The owner rejected to the repossession. Plaintiff contacted New York City Police Department which arrived at Plaintiff previous resident 4384 Richardson Ave Bronx New York 10466 approx. 0945. The New York City Police Officers ordered that Shomari E. Norman release his vechile to the towing company and he has to pay some parking tickets. The Plaintiff Shomari E Norman went to retrieve his vehilce and or find out information about the vehicle at the New York City Property Clerk Office. There was no information of the Plaintiff vehicle in New York City Police impound or record that the city of New York request for the Plaintiff vehicle to be towed.

   The Plaintiff subpeona New City Police Department ( Exhibit A). There was information and sensative items that belonged to an on going court case. Several times the Plaintiff went to New York City Property Clerk office to pay the fines and retrieve his vehicle. Hence, there was no information about Shomari E Norman vehicle in New York City Police department database. The Plaintiff recieved a phone call from Lt. McMann from the New York City Police property clerk division. The Plaintiff as submitted Exihibit C ( Audio recording) the voice recording left by Lt. McMann. The message clearly states " I need more information to find the car." Information about my vehicle registration was found in New City Police Department database. The 2015 Jeep Patriot was never in New York City Police Department database to be reposisst or even towed. New York City Police Department failed to comply with the subpeona. The Plaintiff vehicle was never found by New York City Police Department.

   Upon further investigation, Jeep Capital in Raleigh, North Carolina somehow recovered the vehicle and sold it to someone else. The Vin number of the Plaintiff 2015 Jeep Patriot was traced to track the location of the Plaintiff vehicle. The Plaintiff was only 1 payment behind. Also, Jeep Capital never notified the Plaintiff of any reposission of the 2015 Jeep Patriot notice by phone, email nor mail. The automobile is the collateral for the loan used to purchase the vehicle. The Plaintiff rejected to the repossession. By law the repossession" breach peace"    The Third Party ( Towing Company) must discontinue it's efforts to repossess the collateral without court approval and proceed to obtain court approcal if they wish to recover the collateral. If the repossession agent attempts to repossess the collateral after being informed the owner's objection, he or she has "Breached the Peace". There was no notice of repossession.

   New York City Police officer's ordered that the Plaintiff, Shomari E Norman release his vehicle to the towing company. The Third party that towed the Plaintiff vehicle did not leave any contact information. The Plaintiff, Shomari E Norman called his car insurance company to report the vehicle as stolen. The Plaintiff car insurance company did investigate Shomari E Norman inquire about his vehicle. The Plaintiff car insurance

this incident as a theft."

The Plaintiff reviewed his credit report and later found that Chrysler Capital has made a false report on the Plaintiff, Shomari E Norman credit. The Plaintiff disputed the false claims with all 3 credit bureaus. All 3 credit bureau's rejected the Plaintiff claim with no reasoning.

4. NYC Police Department Failed to appear in court. 18 U.S.C § 3146

5. 41 USC § 4712 (g)(1) - Abuse of Power
   NCYPD notified the Plaintiff Insurance Company that the Plaintiff vehicle was not a "theft". Hence, the NYCPD told the Plaintiff False statements. [Exhibit audio recording]
   Secondly, the Defendants failed to appear in court when subpoena by the Plaintiff. The United States Consitution has not been Supended. By law the Defendants are subject to penalties for obstructing justice under the "Color of law".

6. 25 CFR § 11.448 (a)(b) - Abuse of Office; NYC PD reported a false claim to the Plaintiff Insurance company. NYC PD mislead the Plaintiff.

7. 5 U.S. Code § 2302 Prohibited Personnel Practice
   A. Who authorized the Illegal tow?
   B. The Illegal Practices by the Defendants injured the Plaintiff Credit. By law makes the Defendants "libel", "label" under the Color of law.

8. 18 U.S. Code § 241 Conspiracy against rights. The Defendants Conspired against the Plaintiff rights through publication. Which has Slandered the Plaintiff causing an "Illegal Debt for the Plaintiff.

9. Unlawful Debt - 18 U.S. Code § 1961

10. 18 U.S. Code § 2384 Seditiou Conspiracy

11. Slander of Credit by Filing Alien in Public

12. libel The Defendant are libel; by Filing state Registary.

Shomari E. Norman
Plaintiff

| STATE OF NORTH CAROLINA | *File No.* **18CVS 758** |
|---|---|
| **Wake** County | North Carolina Industrial Commission |

| Shomari E Norman Sr. | **SUBPOENA** |
|---|---|
| **VERSUS** | |
| Evonne Hopkins, Magistrate Lori Christian, Marc Anthony, NC Child Support Agency | G.S. 1A-1, Rule 45; G.S. 8-59; G.S. 97-80(e) |

| *Party Requesting Subpoena*<br>☒ *NCIC/State/Plaintiff* ☐ *Defendant* | **NOTE TO PARTIES NOT REPRESENTED BY COUNSEL:** Subpoenas may be produced at your request, but must be signed and issued by a Commissioner, Deputy Commissioner, or the Executive Secretary. |
|---|---|

| **TO** | *Name and Address Of Person Subpoenaed*<br>NYC Vehicles and Property Clerk | *Alternate Address*<br>**11 Front Street  Brooklyn, NY 11201** |
|---|---|---|
| | *Telephone No.*  (718) 624-8789 | *Alternate Telephone No.* |

**YOU ARE COMMANDED TO:** *(check all that apply):*

☐ appear and ~~ty~~, in the above entitled action, before the Industrial Commission at the place, date and time indicated below.

☐ appear and te~~ ~~ in the above entitled action, at a deposition at the place, date and time indicated below.

☐ produce and permit inspection and copying of the following items, at the place, date and time indicated below. (A party shall not issue a *subpoena duces tecum* less than 30 days prior to the hearing date except upon prior approval of the Commission. G.S. 97-80(e).)

    ☒ See attached list. *(List here if space sufficient)*

| *Location of Hearing/Place of Deposition/Place to Produce*<br>316 Fayetteville Street<br>Raleigh NC 27601 | *Date to Appear/Produce*<br>7 May 2018 |
|---|---|
| | *Time To Appear/Produce*<br>10:00 ☒ AM ☐ PM |
| *Name and Address of Applicant or Applicant's Attorney*<br>Shomari E Norman Sr.<br>4384 Richardson Ave<br>Bronx NY 10466 | *Date*<br>8 April 2018 |
| | *Signature of Official or Attorney* |
| *Telephone No. of Applicant or Applicant's Attorney*<br>(919) 717-6925 | ☐ *Deputy Commissioner*    ☐ *Executive Secretary*<br>☐ *Commissioner*         ☐ *Attorney* |

**RETURN OF SERVICE**

I certify this subpoena was received and served on the person subpoenaed as follows:

| **By** | ☐ personal delivery. | ☒ registered or certified mail, receipt requested and attached. |
|---|---|---|
| | ☐ service by Sheriff. | |
| | ☐ I was unable to serve this subpoena. Reason unable to serve: _____ | |

| *Service Fee*<br>$8.70 | ☒ *Paid*<br>☐ *Due* | *Date Served*<br>04/08/18 | *Name Of Authorized Server (Type or Print)*<br>US Postal Service | *Signature of Authorized Server* | *Title* |
|---|---|---|---|---|---|

**NOTE TO PERSON REQUESTING SUBPOENA:** *A copy of this subpoena must be delivered, mailed or faxed to the attorney for each party in this case. If a party is not represented by an attorney, the copy must be mailed or delivered to the party*

(Please See Reverse Side)

**FORM 36** (Rev. 4/14)

 United Services Automobile Association

# CLAIM INFORMATION

SHOMARI B NORMAN SR
2375 SOUTHERN BLVD APT 2C
BRONX NY 10460-1048

 **Information about Your Claim**

April 24, 2019

Dear Mr. Norman,

I'm writing regarding the claim referenced below.

| | |
|---|---|
| **USAA policyholder:** | Shomari B Norman |
| **Claim number:** | 021280030–018 |
| **Date of loss:** | March 5, 2018 |
| **Loss location:** | Bronx, New York |

We have completed our investigation for coverage for this loss. We determined that incident that occurred to your 2015 Jeep Patriot does not meet the definition of a loss under the South Carolina Auto Policy. Please refer to the following policy language, as it applies to this loss:
PART D - PHYSICAL DAMAGE COVERAGE

DEFINITIONS

D. "Loss" means direct and accidental damage to the operational safety, function, or appearance of, or theft of, your covered auto or personal property contained in your covered auto. Loss includes a total loss, but does not include any damage other than the cost to repair or replace. Loss does not include any loss of use, or diminution in value that would remain after repair or replacement of the damaged or

During our investigation, we were informed that the New York Police Department would not report this incident as a theft as listed in the above definition section of your auto policy contract. USAA is not able to afford coverage without the appropriate police agency report stating that your 2015 Jeep Patriot was involved in a theft. Given the above policy language and our findings throughout the course of our investigation, we must respectfully deny coverage.

You may submit correspondence or questions to me using one of the following options:

| | | |
|---|---|---|
| | **usaa.com or our mobile app:** | Upload documents or post a secure message to your claim file through the Claim Communication Center. |
| | **Address:** | USAA Claims Department<br>P.O. Box 33490<br>San Antonio, TX 78265 |

USAA Confidential

0901119ca38e4feb

*North Carolina Division of Motor Vehicles*

## Receipt for Plate and/or Sticker

FS20   (Rev 7/15)                                                                                           04/01/2016

| | | | | |
|---|---|---|---|---|
| **Plate:** DFF5835 | **Expires:** 06/30/2016 | **Sticker:** 00833397  FIRST IN FLIGHT | | **Lic. Weight:** |
| **Vehicle:** 2015 | JEEP | MP | 1C4NJPBB7FD328723 | |

**Title:**  771404151530115

**Reason:** PLT LST/STLN (FS44)

**Refund:** NO

| | |
|---|---|
| **Branch Location:** 115 N RALEIGH LPA # 115 | **Agent:** T1C1158 |

| Owner's Name | |
|---|---|
| SHOMAR EMANUEL BOKEEN NORMAN | |
| Residence Address (Individual) Business Address (Firm) | |
| 6804 WOODBEND DR | |

| City and State | Zip Code |
|---|---|
| RALEIGH NC | 27615-6435 |

*Note: The county requires a copy of this receipt and a copy of the bill of sale within 1 year in order to process a possible release or refund of property taxes on this vehicle.*

# STATE OF NORTH CAROLINA
## REGISTRATION CARD

NC DIVISION OF MOTOR VEHICLES
RECEIPT OF FEES PAID

| NC LIC NUMBER BMP7852 | PLT VALID THRU 07/15/2014 | INSPECTION DUE 06/30/2015 | |
|---|---|---|---|
| VEHICLE ID # 2C3CA5CV5AH235817 | | | GROSS WT |
| MAKE/SERIES CHRY | TITLE # 771207133446148 | EQUIP # | |
| SHIPPING WEIGHT | STYLE 4S | YEAR 2010 | FUEL G | TOTAL FEE 33.00 |
| CLASSIFICATION PRIVATE/PASS VEH | | VEHICLE BRAND | |
| CUSTOMER ID # OWNER 1 000025811906 | CUSTOMER ID # OWNER 2 | COUNTY WAKE | |

SHOMAR EMANUEL BOKEEN NORMAN

6804 WOODBEND DR
RALEIGH NC 27615-6435

Please Fold Here

G06 - GOVERNMENT EMPLOYEES INSURANCE CO
INSURANCE COMPANY AUTHORIZED IN NC

4309887489
POLICY NUMBER

SIGNATURE

SHOMAR EMANUEL BOKEEN NORMAN
Reg       15.00
Title     40.00
HUT      446.86

TOTAL    501.86
D ACCT 500032828    148  12/10/2013  T1C1480
                    ACCT

2C3CA5CV5AH235817

**BMP7852**

FS.1  8/9/14

Shomari E Norman

P.O. Box 580091

Bronx NY 10460

DOB: 18 March 1975

Cellphone Number 347 373 4274


[Return address] P.O. Box 580091

Date: 20 January 2020


TransUnion LLC

Consumer Dispute Center

P.O. Box 2000

Chester, PA 19016


Dear TransUnion Credit Dispute Department

I am writing to dispute the following information that appears on my Equifax consumer

report: that I, Shomari E Norman owes CHRYSLER CAPTIAL for the JEEP Patriot 2015 vehicle. This

Dispute of payment has injured I, Shomari E Norman financially. Along with this letter are documents

of evidence.


On 5 March 2018 there was a boot attached to the Jeep Patriot on the corner of Richardson Ave in the

Bronx. I, Shomari E Norman took several pictures of the tow truck that arrived at 910am. The notice was
place on the window according to a resident around 8 am. I, Shomari E Norman called NYCPD. Several
officers arrived at my location.

The Officer told Shomari E Norman to release his vehicle. The officer said there was no record of NYC
wanting the vehicle. The officer was going by what the towing company personnel told the officer. I,

Shomari E Norman released my vehicle under the instruction of NYCPD. I later subpoena the NYCPD for my vehicle because there was material of a court case. Shomari E Norman was contacted by NYCPD property clerk Officer McManis. A detailed letter was written request to location of the vehicle. NYCPD could not find the 2015 JEEP Patriot vehicle.

I, Shomari E Norman reported to the insurance company. The Insurance Company reported to my that NYCPD wrote a report. NYCPD would not report this as theft.

Shomari E Norman submits Exhibit A, B, C as proof the NYCPD is responsible for the loss of the 215 JEEP Patriot. NYPD put a boot of the 2015 JEEP Patriot. Shomari E Norman looked up the vehicle vin number. The car is being owned by another owner. The vehicle has been resold. Exhibit C shows the vin number of the vehicle.

• Account Number or other information to identify account: Shomari E Norman is a Combat Veteran from the US ARMY.

• Type of disputed information: Credit Account, inquiry

• Dates associated with item being disputed: CHYSHLER CAPTIAL

• Explanation of item being disputed: NYCPD stole Shomari E Norman vehicle and gave it back to the dealership without owner consent. Owner Shomari E Norman was only 1 month behind payment. Shomari E Norman was never notified the vehicle needs to be given back to the car dealership. The car dealership resold the vehicle and is charging Shomari E Norman funds that he does not owe. Please rectify your records.

Sincerely,

Shomari E Norman

Shomari E Norman

P.O. Box 580091

Bronx NY 10460

DOB: 18 March 1975

Cellphone Number 347 373 4274

[Return address] P.O. Box 580091

Date: 20 January 2020

Experian

P.O. Box 4500

Allen, TX 75013

Dear Experian Credit Dispute Department

I am writing to dispute the following information that appears on my Equifax consumer

report: that I, Shomari E Norman owes CHRYSLER CAPTIAL for the JEEP Patriot 2015 vehicle. This

Dispute of payment has injured I, Shomari E Norman financially. Along with this letter are documents

of evidence.

On 5 March 2018 there was a boot attached to the Jeep Patriot on the corner of Richardson Ave in the

Bronx. I, Shomari E Norman took several pictures of the tow truck that arrived at 910am. The notice was

place on the window according to a resident around 8 am.  I, Shomari E Norman called NYCPD. Several

officers arrived at my location.

The Officer told Shomari E Norman to release his vehicle. The officer said there was no record of NYC

wanting the vehicle. The officer was going by what the towing company personnel told the officer. I,

Shomari E Norman released my vehicle under the instruction of NYCPD. I later subpoena the NYCPD

for my vehicle because there was material of a court case. Shomari E Norman was contacted by NYCPD property clerk Officer McManis. A detailed letter was written request to location of the vehicle. NYCPD could not find the 2015 JEEP Patriot vehicle.

I, Shomari E Norman reported to the insurance company. The Insurance Company reported to my that NYCPD wrote a report. NYCPD would not report this as theft.

Shomari E Norman submits Exhibit A, B, C as proof the NYCPD is responsible for the loss of the 215 JEEP Patriot. NYPD put a boot of the 2015 JEEP Patriot. Shomari E Norman looked up the vehicle vin number. The car is being owned by another owner. The vehicle has been resold. Exhibit C shows the vin number of the vehicle.

• Account Number or other information to identify account: Shomari E Norman is a Combat Veteran from the US ARMY.

• Type of disputed information: Credit Account, inquiry

• Dates associated with item being disputed: CHYSHLER CAPTIAL

• Explanation of item being disputed: NYCPD stole Shomari E Norman vehicle and gave it back to the dealership without owner consent. Owner Shomari E Norman was only 1 month behind payment. Shomari E Norman was never notified the vehicle needs to be given back to the car dealership. The car dealership resold the vehicle and is charging Shomari E Norman funds that he does not owe. Please rectify your records.

Sincerely,

Shomari E Norman

Shomari E Norman

P.O. Box 580091

Bronx NY 10460

DOB: 18 March 1975

Cellphone Number 347 373 4274


[Return address] P.O. Box 580091

Date: 20 January 2020


Equifax Information Services, LLC

P.O. Box 740256

Atlanta, GA 30374


Dear Equifax Credit Dispute Department

I am writing to dispute the following information that appears on my Equifax consumer

report: that I, Shomari E Norman owes CHRYSLER CAPTIAL for the JEEP Patriot 2015 vehicle. This

Dispute of payment has injured I, Shomari E Norman financially. Along with this letter are documents

of evidence.


On 5 March 2018 there was a boot attached to the Jeep Patriot on the corner of Richardson Ave in the

Bronx. I, Shomari E Norman took several pictures of the tow truck that arrived at 910am. The notice was

place on the window according to a resident around 8 am.  I, Shomari E Norman called NYCPD. Several

officers arrived at my location.

The Officer told Shomari E Norman to release his vehicle. The officer said there was no record of NYC

wanting the vehicle. The officer was going by what the towing company personnel told the officer. I,

Shomari E Norman released my vehicle under the instruction of NYCPD. I later subpoena the NYCPD

for my vehicle because there was material of a court case. Shomari E Norman was contacted by NYCPD property clerk Officer McManis. A detailed letter was written request to location of the vehicle. NYCPD could not find the 2015 JEEP Patriot vehicle.

I, Shomari E Norman reported to the insurance company. The Insurance Company reported to my that NYCPD wrote a report. NYCPD would not report this as theft.

Shomari E Norman submits Exhibit A, B, C as proof the NYCPD is responsible for the loss of the 215 JEEP Patriot. NYPD put a boot of the 2015 JEEP Patriot. Shomari E Norman looked up the vehicle vin number. The car is being owned by another owner. The vehicle has been resold. Exhibit C shows the vin number of the vehicle.

• Account Number or other information to identify account: Shomari E Norman is a Combat Veteran from the US ARMY.

• Type of disputed information: Credit Account, inquiry

• Dates associated with item being disputed: CHYSHLER CAPTIAL

• Explanation of item being disputed: NYCPD stole Shomari E Norman vehicle and gave it back to the dealership without owner consent. Owner Shomari E Norman was only 1 month behind payment. Shomari E Norman was never notified the vehicle needs to be given back to the car dealership. The car dealership resold the vehicle and is charging Shomari E Norman funds that he does not owe. Please rectify your records.

Sincerely,

Shomari E Norman

SHOMARI E NORMAN

979 SUMMIT AVE APT. #2E

BRONX NY 10452


COMPTROLLER of the CITY of New York

ONE CENTRE STREET ROOM 1225

NEW YORK NEW YORK 10007


RE: NOTICE OF CLAIM

Date: 10 June 2020


The Plaintiff is filing a Notice of claim with the COMPTROLLER of the City of New York. The Plaintiff written affidavit is documented in this Notice of Claim document;


On 5 March 2018 a yellow parking boot was placed on the Plaintiff 2015 Jeep Patriot. This occurred approx. 0820. The owner rejected to the repossession. Plaintiff contacted New York City Police Department which arrived at Plaintiff previous resident 4384 Richardson Ave Bronx New York 10466 approx. 0945. The New York City Police Officers ordered that Shomari E. Norman release his vehicle to the towing company and he has to pay some parking tickets. The Plaintiff Shomari E Norman went to retrieve his vehicle and or find out information about the vehicle at the New York City Property Clerk Office. There was no information of the Plaintiff vehicle in New York City Police impound or record that the city of New York request for the Plaintiff vehicle to be towed.

The Plaintiff subpoena New City Police Department (Exhibit A). There were information and sensitive items that belonged to an ongoing court case. Several times the Plaintiff went to New York City Property Clerk office to pay the fines and retrieve his vehicle. Hence, there was no information about Shomari E Norman vehicle in New York City Police department database. The Plaintiff received a phone call from Lt. McMann from the New York City Police property clerk division. The Plaintiff as submitted Exihibit C ( Audio recording) the voice recording left by Lt. McMann. The message clearly states "I need more information to find the car." Information about my vehicle registration was found in New City Police Department database. The 2015 Jeep Patriot

was never in New York City Police Department database to be reposes or even towed. New York City Police Department failed to comply with the subpoena. The Plaintiff vehicle was never found by New York City Police Department.

Upon further investigation, Jeep Capital in Raleigh, North Carolina somehow recovered the vehicle and sold it to someone else. The VIN number of the Plaintiff 2015 Jeep Patriot was traced to track the location of the Plaintiff vehicle. The Plaintiff was only 1 payment behind. Also, Jeep Capital never notified the Plaintiff of any repossession of the 2015 Jeep Patriot notice by phone, email or mail. The automobile is the collateral for the loan used to purchase the vehicle. The Plaintiff rejected to the repossession. By law the repossession" breach peace"    The Third Party ( Towing Company) must discontinue its efforts to repossess the collateral without court approval and proceed to obtain court approval if they wish to recover the collateral. If the repossession agent attempts to repossess the collateral after being informed the owner's objection, he or she has "Breached the Peace". There was no notice of repossession.

New York City Police officer's ordered that the Plaintiff, Shomari E Norman release his vehicle to the towing company. The Third party that towed the Plaintiff vehicle did not leave any contact information. The Plaintiff, Shomari E Norman called his car insurance company to report the vehicle as stolen. The Plaintiff car insurance company did investigate Shomari E Norman inquires about his vehicle. The Plaintiff car insurance wrote Shomari E Norman Exhibit B. The letter from USAA clearly states "During our in visitation, we were informed that the New York City Police Department would not report this incident as a theft."

The Plaintiff reviewed his credit report and later found that Chrysler Capital has made a false report on the Plaintiff, Shomari E Norman credit. The Plaintiff disputed the false claims with all 3 credit bureaus. All 3 credit bureau's rejected the Plaintiff claim with no reasoning. This False report by Chrysler Capital has slander the Plaintiff credit and defamed his character.

The Plaintiff is requesting a Claim number to seek legal action against the parties that are involved.

Shomari E Norman
Plaintiff







