```
Court Name: District Court
Division: 1
Receipt Number: 465401262978
Cashier ID: jgoluber
Transaction Date: 07/20/2020
Payer Name: SHOMARI NORMAN

CIVIL FILING FEE
 For: SHOMARI NORMAN
 Amount:         $400.00

CREDIT CARD
 Amt Tendered: $400.00

Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00

20CV5560
VSB
```