USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
SHOMARI E. NORMAN,                                    :
                                                      :
                          Plaintiff,                  :
                                                      :               20-CV-5560 (VSB)
          -against-                                   :
                                                      :                   ORDER
CITY OF NEW YORK, et al.                              :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On August 17, 2020, Defendants ATTORNEY GENERAL LETITIA JAMES and INSPECTOR GENERAL LETIZIA TAGLIAFIERRO filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Doc. 15.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiffs shall file any amended complaint by September 7, 2020.  It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if Plaintiff chooses not to file an amended complaint and instead seeks to oppose Defendants' motion, Plaintiff shall serve any opposition to the motion to dismiss by September 16, 2020.  Defendants' reply, if any, shall be served by fourteen days after the opposition is filed.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk is directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: August 18, 2020
      New York, New York

_____
Vernon S. Broderick
United States District Judge