UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
Shomari E. Norman,                                           :
:
                          Plaintiff,         :
:
        - against -                                 :
:
:
City of New York, Leith Chrysler Jeep,                       :
Attorney General Letitia James, Inspector                    :
General Letizia Tagliafierro, Attorney General               :
Josh Stein, NYCPD Commissioner Dermot                        :
Shea,                                                        :
:
                        Defendants.         :
:
------------------------------------------------------------X

        USDC SDNY
        DOCUMENT
        ELECTRONICALLY FILED
        DOC #:_____
        DATE FILED: 2/1/2021

20-CV-5560 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Before me are the pro se Plaintiff's: (1) letter requesting to submit evidence pertaining to this action, (Doc. 46); (2) "motion for discovery" stating that he has submitted relevant evidence pertaining to his case, (Doc. 47); and (3) affidavit in support of his request to submit additional evidence, (Doc. 48). Specifically, Plaintiff seeks to submit a certified United States Postal Service receipts that allegedly show that Plaintiff contacted Defendants in a timely manner in an attempt to retrieve his Jeep. (Doc. 48, at 1–2.) Plaintiff also requests a "court day and time" regarding this action, (Doc. 46, at 2), and that I open a "criminal investigation" into this action, (Doc. 47, at 2).

      The parties have conferred regarding a discovery schedule, and are currently in the midst of discovery, which is set to close on April 21, 2021. (Doc. 43.) As the Case Management Plan describes, the Court will conduct a post-discovery conference on May 6, 2021 at 2:00 p.m. (*Id*. at 2.) To the extent that Plaintiff requests for discovery to proceed and for a date to be heard in

court, these requests have already been granted.  As for Plaintiff's motion to introduce additional evidence relevant to his case, I see no reason to grant such a request before discovery is complete and the parties have before them the full range of evidence sought in this action.  Accordingly, Plaintiff's motion to submit additional evidence is DENIED without prejudice to refile at a later stage of the litigation, and no sooner than after the close of discovery.

On December 20, 2020, I denied Plaintiff's previous motions to submit additional evidence, (Docs. 9, 10, 38), without prejudice to refile at a later stage of the litigation.  (Doc. 42.) In that Order, I stated that "Plaintiff was already allowed to amend his Complaint once, with notice that it was unlikely that he would have further opportunity to amend." (*Id.* at 7; *see* Doc. 17.)  Plaintiff is admonished that any further requests to submit additional evidence before me are unlikely to be entertained before the discovery deadline in this case has elapsed.

As for Plaintiff's request that I open a criminal investigation into the events underlying his civil action, I note that I have no authority to grant such a request.  Accordingly, it is hereby:

ORDERED THAT the Clerk of the Court is directed to terminate the open motion at Document 47.  The Clerk of Court is also respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated: February 1, 2021
New York, New York

_____
Vernon S. Broderick
United States District Judge