USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SHOMARI E. NORMAN, :
:
                    Plaintiff, :
:    20-CV-5560 (VSB)
       - against - :
:    **ORDER**
:
CITY OF NEW YORK, LEITH CHRYSLER :
JEEP, NYCPD COMMISSIONER DERMOT :
SHEA, :
                  Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the May 21, 2021 letter motion of Defendants City of New York ("City") and NYCPD Commissioner Dermot Shea ("Shea") (collectively, "City Defendants") responding to Plaintiff's discovery requests contained in emails forwarded to the Court between May 6, 2021 and May 9, 2021 and requesting various extensions of time to respond to Plaintiff's discovery requests. (Doc. 59.) The City Defendants request a thirty-day extension of time from March 21, 2021 to June 20, 2021 to provide Plaintiff with: (1) the outcome or results of their search for Body Worn Camera Footage recorded by any NYPD officers that might have responded to Plaintiff's 911 call on March 5, 2018 and (2) the results of their search regarding the identities of any officers who might have arrived at the scene on March 5, 2018. The City Defendants' request is hereby GRANTED.

      IT IS FURTHER ORDERED THAT, by on or before June 21, 2021, Plaintiff is directed to provide Defendants with the documents that the City Defendants requested during Plaintiff's March 29, 2021 deposition, namely: (1) all letters that Plaintiff stated he mailed to the "Mayor's

Office, Governor's Office" and any responses he received; (2) all letters Plaintiff mailed to Jeep Capital regarding the repossession and sale of his vehicle; (3) receipts regarding the amount of money that Plaintiff testified that he spent on public transportation following the repossession of his car. To the extent that Plaintiff is not in possession of or unable to produce any or all of these documents, Plaintiff shall provide Defendants a formal letter response to their document requests by on or before June 21, 2021 explaining why he is unable to produce any or all of the requested documents.

IT IS FURTHER ORDERED THAT, by on or before June 21, 2021, Plaintiff shall return to the City Defendants a signed and notarized copy of his deposition transcript indicating that his deposition testimony is accurate. To the extent that Plaintiff finds portions of his testimony are either inaccurate, or were inaccurately transcribed, Plaintiff shall complete the Errata sheet in his deposition transcript located at page ninety-five (95) and indicate any inconsistences in his deposition testimony.

IT IS FURTHER ORDERED THAT the Clerk of the Court is directed to terminate the open motion at Document 59. The Clerk of Court is also respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated: May 25, 2021
        New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge