UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
Shomari E. Norman,                                        :
:
                      Plaintiff,      :
:
    -against-                                          :
:
City of New York, Leith Chrysler Jeep,                    :
NYCPD Commissioner Dermot Shea,                           :
:
                Defendants.     :
:
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021

20-cv-5560 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      After my Opinion & Order dated December 20, 2020, the remaining Defendants in this case are the City of New York, NYCPD Commissioner Dermot Shea, and Leith Chrysler Jeep ("Jeep"). (Doc. 42; *see also* Doc. 2.) Jeep was served on August 6, 2020. (Doc. 19.) To this date, Jeep has not appeared or responded to the complaint. Plaintiff has taken no action to prosecute this case against Jeep.

      Plaintiff alleged in his Complaint that "Jeep Capital in Raleigh, North Carolina somehow recovered [his towed vehicle] and sold it to someone else," (Doc. 2 ¶ 3), and that "Chrysler Capital has made a false report on [him]," which he challenged with three credit bureaus without success, (*id.*). However, Plaintiff has not provided any other information about Jeep, Jeep Capital, or Chrysler Capital, or requested information about Jeep during the seven-month discovery. Nor has Plaintiff sought default judgment against Jeep.

      Given that the Defendants filed their summary judgment motion one day after the scheduled deadline (which I accept as timely for this time), (*see* Docs. 70–73; *see also* Doc. 66), it is hereby ORDERED that Plaintiff shall file his opposition to summary judgment by

November 12, 2021, and Defendants shall file their reply, if any, by December 10, 2021. It is

FURTHER ORDERED that in his opposition brief, Plaintiff shall also explain to this Court why

his claims, if any, against Defendant Leith Chrysler Jeep should not be dismissed at this point.

SO ORDERED.

Dated:  October 14, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge