**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHOMARI E. NORMAN,

                Plaintiff,

-against-                              20 **CIVIL** 5560 (LTS)

                                                     **JUDGMENT**

THE CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 12, 2022, the motion for summary judgment filed by defendants the City of New York and NYPD Commissioner Dermot Shea is granted in its entirety, and all of Plaintiff's claims against these two defendants are dismissed with prejudice. Plaintiff's claims against defendant Leith Chrysler Jeep are dismissed without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:**  New York, New York

       August 15, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                            **BY:**     *K. Mango*
                                                              **Deputy Clerk**